**Rodney MEADE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 53159, WD 53339.**

Missouri Court of Appeals, Western District.

April 15, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Rodney Meade appeals the dismissal of his Rule 24.035 motion for post-conviction relief. The circuit court ruled that the filing of Meade's motion was untimely. We affirm. Rule 84.16(b).

**Charles R. SNIDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53173.**

Missouri Court of Appeals, Western District.

April 15, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appellant pled guilty to the charge of sexual abuse in the first degree. Appellant filed his pro se motion for order allowing the release of PSI report, transcript and legal files over three hundred seventy days after his delivery to the Department of Corrections, this motion was treated as a Rule 24.035 motion, the court then opened a civil file, and was denied for lack of timely filing. Rule 24.035(b).

Judgment affirmed. Rule 84.16(b).